UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| WAYNE COBB, et al.<br><br>      Plaintiffs,<br>v.<br><br>JEREMY GREEN, et al.<br><br>      Defendants. | CIVIL ACTION FILE<br>2:23-CV-130-SCJ<br><br>JURY TRIAL<br>DEMANDED |

**CONSENT ORDER GRANTING IN PART DEFENDANT JEREMY GREEN'S MOTION TO STAY DISCOVERY**

For good cause shown and with the consent of Plaintiff Wayne Cobb, the Court ORDERS that Defendant Jeremy Green's Motion to Stay Discovery [Doc. 13] is GRANTED IN PART, only as follows:

The deposition of Defendant GREEN and other discovery directed to Defendant GREEN that may implicate his 5th Amendment Rights, such as interrogatories and requests for admission, are hereby stayed for one hundred and twenty (120) days from the date of this order. At least thirty (30) days before the expiration of this stay, the parties shall request a conference with the Court to update the Court on the status of the criminal case and request whether the Court lift the

stay or further extend the limited stay. All other discovery as to parties other than Defendant GREEN and non-parties shall continue without interruption, and Green may participate in the taking of such discovery.

IT IS SO ORDERED, this 13th day of October, 2023.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

This Consent Order is submitted on August 29, 2023.

| /s/ Kara E. Phillips | /s/William Brent Ney |
|---|---|
| Gilbert H. Deitch<br>Georgia Bar No. 216400<br>Andrew T. Rogers<br>Georgia Bar No. 007010<br>Kara E. Phillips<br>Georgia Bar No. 379670<br>W. Michael D'Antignac<br>Georgia Bar No. 205714<br>DEITCH & ROGERS, LLC<br>1189 S. Ponce de Leon Ave. NE<br>Atlanta, Georgia 30306<br>Tel: 770-394-9000<br>gil@victimattorneys.com<br>andy@victimattorneys.com<br>kara@victimattorneys.com<br>michael@victimattorneys.com | William Brent Ney<br>Georgia Bar No. 542519<br>NEY RHEIN WILLIAMS, LLC<br>265 South Culver Street<br>Lawrenceville, Georgia 30046<br>404-842-7232<br>william@neyrhein.com<br><br>*Attorney for Defendant Jeremy Green* |

Naveen Ramachandrappa
Georgia Bar No. 422036
E. Allen Page
Georgia Bar No. 640163
BONDURANT MIXSON
& ELMORE LLP
1201 W. Peachtree Street NW
Suite 3900
Atlanta, Georgia 30309
Tel: 404-881-4100
ramachandrappa@bmelaw.com
page@bmelaw.com

Dennis T. Cathey
Georgia Bar No. 116600
Matthew A. Cathey
Georgia Bar No. 532981

CATHEY & STRAIN, LLC
649 Irvin Street
Cornelia, Georgia 30531-3267
Tel: 706-408-8546
DCathey@catheyandstrain.com
MCathey@catheyandstrain.com

*Attorneys for Plaintiff*
*Wayne Cobb*