**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| **WAYNE DOUGLAS COBB, as CoAdministrator of the Estate of Jennifer Autumn Cobb, deceased, and SUSAN MOON COBB, as Co-Administrator of the Estate of Jennifer Autumn Cobb,**<br><br>    Plaintiffs,<br><br>v.<br><br>**JEREMY GREEN, a/k/a Bob Green, and YOUNG MEN'S CHRISTIAN ASSOCIATION OF GEORGIA'S PIEDMONT, INC.,**<br><br>    Defendants. | **CIVIL ACTION FILE NO.**<br><br> **2:23-cv-00130-SCJ** |

## ORDER

This matter appears before the Court on Defendants' Motions to Dismiss the Complaint initially filed by Plaintiff Wayne Cobb (Doc. Nos. [12]; [16]).[1] A

---

[1] All citations are to the electronic docket unless otherwise noted, and all page numbers are those imprinted by the Court's docketing software.

review of the record shows that the initial complaint was amended after the filing of Defendants' motions and now includes co-administrator designations and Susan Moon Cobb as a named plaintiff. See Doc. No. [23].

"Under . . . federal law, an amended complaint supersedes the initial complaint and becomes the operative pleading in the case." Lowery v. Ala. Power Co., 483 F.3d 1184, 1219–20 (11th Cir. 2007). The amended complaint renders a pending motion to dismiss moot. See Taylor v. Alabama, 275 F. App'x 836, 838 (11th Cir. 2008) ("Subsequently, [p]laintiffs amended their complaint and [d]efendants' motion to dismiss became moot.").

Accordingly, Defendants' Motions to Dismiss (Doc. Nos. [12]; [13]) are **DEEMED MOOT**. It is further order that Plaintiffs' Motion for Leave to add Susan Cobb as Plaintiff (Doc. No. [26]) is hereby **GRANTED** as unopposed pursuant to Local Rule 7.1(B), NDGa. The case-style/caption found in the Amended Complaint (Doc. No. [23]) controls this case. A scheduling order will issue at a later date.

**IT IS SO ORDERED** this 13th day of October, 2023.

_____
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**