IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| WAYNE DOUGLAS COBB, as CoAdministrator of the Estate of Jennifer Autumn Cobb, deceased, and SUSAN MOON COBB, as Co-Administrator of the Estate of Jennifer Autumn Cobb,<br><br>   Plaintiffs,<br><br>v.<br><br>JEREMY GREEN, a/k/a Bob Green, and YOUNG MEN'S CHRISTIAN ASSOCIATION OF GEORGIA'S PIEDMONT, INC.,<br><br>   Defendants. | CIVIL ACTION FILE NO.<br><br>2:23-cv-00130-SCJ |

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan completed and filed by the Parties (Doc. No. [21]), the Court orders that the following time limits apply to this case:

The discovery period ends, and discovery must be completed by May 8, 2024.

Motions for summary judgment must be filed by **June 7, 2024**.

If no summary judgment motion is filed on **June 7, 2024**, then the parties shall submit a proposed consolidated pre-trial order no later than **July 8, 2024**. Otherwise, the proposed consolidated pretrial order must filed within **30 days** after the Court's ruling on any pending motions for summary judgment.

The time limits for adding parties, amending the pleadings, filing other motions, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court.

IT IS SO ORDERED this __13th__ day of October, 2023.

_____
HONORABLE STEVE C. JONES
**UNITED STATES DISTRICT JUDGE**