UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| WAYNE DOUGLAS COBB, as Co-Administrator of the Estate of Jennifer Autumn Cobb, deceased, and SUSAN MOON COBB, as Co-Administrator of the Estate of Jennifer Autumn Cobb, <br><br> Plaintiffs, <br><br> v. <br><br> JEREMY GREEN, a/k/a Bob Green, and YOUNG MEN'S CHRISTIAN ASSOCIATION OF GEORGIA'S PIEDMONT, INC., <br><br> Defendants. | CIVIL ACTION FILE 2:23-CV-130-SCJ <br><br> JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I certify that, on October 23, 2023, I served **Plaintiffs' Rule 26(a)(1) Initial Disclosures Amended Disclosure No. 3, Attachment A And Disclosure No. 5, Attachment C** by email on the following counsel of record for Defendants:

*Attorney for Defendant*
*Jeremy Green*

William Brent Ney
NEY RHEIN WILLIAMS, LLC
265 South Culver St
Lawrenceville, GA 30046
Tel: 404-842-7232
william@neyrhein.com

James T. Budd
Peter C. Brown
MABRY & MCCLELLAND, LLP
2200 Century Pkwy, N.E., Ste 1000
Atlanta, GA 30345
jbudd@m-mlegal.com
pbrown@m-mlegal.com

*Attorney for Defendant*
*Young Men's Christian Association of Georgia's Piedmont Inc.*

Brynda Rodriguez Insley
LeeAnn Jones
Jennifer Clark
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Cir, Ste 200
Atlanta, Georgia 30339
Tel: 770-434-6868
binsley@taylorenglish.com
ljones@taylorenglish.com
jclark@taylorenglish.com

**By: /s/ Kara E. Phillips**

| | |
|---|---|
| GILBERT H. DEITCH | NAVEEN RAMACHANDRAPPA |
| Georgia Bar No. 216400 | Georgia Bar No. 422036 |
| ANDREW T. ROGERS | E. ALLEN PAGE |
| Georgia Bar No. 007010 | Georgia Bar No. 640163 |
| KARA E. PHILLIPS | BONDURANT MIXSON |
| Georgia Bar No. 379670 | & ELMORE LLP |
| W. MICHAEL D'ANTIGNAC | 1201 W. Peachtree Street NW |
| Georgia Bar No. 205714 | Suite 3900 |
| DEITCH & ROGERS, LLC | Atlanta, Georgia 30309 |
| 1189 S. Ponce de Leon Ave. NE | Tel: 404-881-4100 |
| Atlanta, Georgia 30306 | ramachandrappa@bmelaw.com |
| Tel: 770-394-9000 | page@bmelaw.com |
| gil@victimattorneys.com | |
| andy@victimattorneys.com | DENNIS T. CATHEY |
| kara@victimattorneys.com | Georgia Bar No. 116600 |
| michael@victimattorneys.com | MATTHEW A. CATHEY |

>Georgia Bar No. 532981
>CATHEY & STRAIN, LLC
>649 Irvin Street
>Cornelia, Georgia 30531-3267
>Tel: 706-408-8546
>DCathey@catheyandstrain.com
>MCathey@catheyandstrain.com

*Attorneys for Plaintiff*