IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| WAYNE DOUGLAS COBB, as CoAdministrator of the Estate of Jennifer Autumn Cobb, deceased, and SUSAN MOON COBB, as Co-Administrator of the Estate of Jennifer Autumn Cobb,<br><br>  Plaintiffs,<br><br>v.<br><br>JEREMY GREEN, a/k/a Bob Green, and YOUNG MEN'S CHRISTIAN ASSOCIATION OF GEORGIA'S PIEDMONT, INC.,<br><br>  Defendants. | CIVIL ACTION FILE NO.<br><br>2:23-cv-00130-SCJ |

### ORDER

This matter appears before the Court on the Motion to Continue Stay and Status Report filed by Defendant Jeremy Green (Doc. No. [47]). The Motion currently stands unopposed.[1] In the Motion, Defendant Green requests that the

---

[1] See LR 7.1(B), NDGa ("Failure to file a response shall indicate that there is no

Court continue the stay of discovery as to him for an additional 120 days subject to the same reporting requirements of filing a status report of the criminal case involving Defendant Green at least thirty days prior to the expiration of the stay.

After review and in the exercise of the Court's discretion, the Motion is **GRANTED**. Discovery as to Defendant Green is stayed for 120 days (or June 11, 2024). A status report of the criminal case involving Defendant Green shall be filed at least thirty days prior to the expiration of the stay.

The Court also recognizes that summary judgment motions are due on or before June 7, 2024. Doc. No. [38]. Said deadline remains in place for now; however, the Parties may petition the Court for a scheduling conference or extension of deadlines prior to the expiration of said deadline.

IT IS SO ORDERED this ___5th___ day of February, 2024.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

opposition to the motion.").