**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| WAYNE DOUGLAS COBB, as Co-Administrator of the Estate of Jennifer Autumn Cobb, deceased, and SUSAN MOON COBB, as Co-Administrator of the Estate of Jennifer Autumn Cobb,<br><br>        Plaintiffs,<br>v.<br><br>JEREMY GREEN, a/k/a Bob Green, and YOUNG MEN'S CHRISTIAN ASSOCIATION OF GEORGIA'S PIEDMONT, INC.,<br><br>        Defendants. | CIVIL ACTION FILE<br>2:23-CV-130-SCJ<br><br>JURY TRIAL<br>DEMANDED |

**PLAINTIFFS' FIRST AMENDED NOTICE**
**TO TAKE VIDEO DEPOSITION**

TO: ALL COUNSEL ON THE ATTACHED SERVICE LIST

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs will take the stenographic video deposition on oral examination of the deponent listed on Exhibit "A" before a qualified notary public or some other person duly authorized to administer oaths on the date and time listed at Wellspring Psychological Resources, 63 Springs Station Drive, Franklin Springs, Georgia 30639.

Page 1 of 2

Said deposition will be taken for all purposes permitted by law and will be continued from day until completed.

This 8th day of May, 2024.

By: /s/ Kara E. Phillips

GILBERT H. DEITCH
Georgia Bar No. 216400
ANDREW T. ROGERS
Georgia Bar No. 007010
KARA E. PHILLIPS
Georgia Bar No. 379670
W. MICHAEL D'ANTIGNAC
Georgia Bar No. 205714
**DEITCH & ROGERS, LLC**
1189 S. Ponce de Leon Ave. NE
Atlanta, Georgia 30306
Tel: 770-394-9000
gil@victimattorneys.com
andy@victimattorneys.com
kara@victimattorneys.com
michael@victimattorneys.com

NAVEEN RAMACHANDRAPPA
Georgia Bar No. 422036
E. ALLEN PAGE
Georgia Bar No. 640163
**BONDURANT MIXSON & ELMORE LLP**
1201 W. Peachtree Street NW
Suite 3900
Atlanta, Georgia 30309
Tel: 404-881-4100
ramachandrappa@bmelaw.com
page@bmelaw.com

DENNIS T. CATHEY
Georgia Bar No. 116600
MATTHEW A. CATHEY
Georgia Bar No. 532981
**CATHEY & STRAIN, LLC**
649 Irvin Street
Cornelia, Georgia 30531-3267
Tel: 706-408-8546
DCathey@catheyandstrain.com
MCathey@catheyandstrain.com

*Attorneys for Plaintiffs*

**EXHIBIT "A"**

| Deponent | Date | Time |
|---|---|---|
| Beverly J. Oxley, Ph.D | August 14, 2024 | 10:00 a.m. |

**EXHIBIT "A"**

## <u>CERTIFICATE OF COMPLIANCE</u>

I certify that **Plaintiffs' First Amended Notice To Take Video Deposition (Beverly J. Oxley, Ph.D)** has been prepared with Times New Roman, 14-point font, which is one of the font and point selections approved by the Court in LR 5.1B.

<u>**/s/ Kara E. Phillips**</u>

Certificate of Compliance Page

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on May 8, 2024, I filed **Plaintiffs' First Amended Notice To Take Video Deposition (Beverly J. Oxley, Ph.D.)** using the CM/ECF filing system, which will automatically serve by electronic service the following counsel of record:

*Attorneys for Defendant Jeremy Green*

William Brent Ney
Ney Rhein Williams, LLC
265 South Culver St
Lawrenceville, GA 30046
william@neyrhein.com

Jon D. Stewart
SWIFT, CURRIE, McGHEE & HIERS, LLP
1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-3238
jon.stewart@swiftcurrie.com

*Attorney for Defendant*
*Young Men's Christian Association of Georgia's Piedmont Inc.*

Brynda Rodriguez Insley
LeeAnn Jones
Jennifer Clark
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Cir, Ste 200
Atlanta, Georgia 30339
binsley@taylorenglish.com
ljones@taylorenglish.com
jclark@taylorenglish.com

Certificate of Service Page

Laurie Webb Daniel
WEBB DANIEL FRIEDLANDER LLP
75 14th Street NE
Suite 2450
Atlanta, Georgia 30309
laurie.daniel@webbdaniel.law

**/s/ Kara E. Phillips**

Certificate of Service Page