# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| WAYNE DOUGLAS COBB, as Co-Administrator of the Estate of Jennifer Autumn Cobb, deceased, and SUSAN MOON COBB, as Co-Administrator of the Estate of Jennifer Autumn Cobb,<br><br>Plaintiffs,<br><br>v.<br><br>JEREMY "BOB" GREEN and YOUNG MEN'S CHRISTIAN ASSOCIATION OF GEORGIA'S PIEDMONT, INC.,<br><br>Defendants. | CIVIL ACTION FILE<br>2:23-CV-130-SCJ |

## FIRST AMENDED SCHEDULING ORDER*

Upon consent of Plaintiffs and Defendants, by and through undersigned counsel, in the above-captioned matter, the parties request that this Court amend the Scheduling Order with the following time limits apply to this case:

The discovery period ends, and discovery must be completed by **September 24, 2024.**

The time for holding any LR 16.3, NDGa., post-discovery settlement conference and/or private mediation is extended to **October 11, 2024**.

If the LR 16.3, NDGa., post-discovery settlement conference and/or a private

{02782607-1 }

mediation does not resolve the case, then any motions for summary judgment and motions to exclude experts upon which any motion for summary judgment relies must be filed by **November 12, 2024**.

If no summary judgment motion is filed on **November 12, 2024**, then the parties shall submit a proposed consolidated pre-trial order no later than **November 12, 2024**. Otherwise, the proposed consolidated pretrial order must be filed within **30 days** after the Court's ruling on any pending motions for summary judgment. The time limits for adding parties, amending the pleadings, and filing other motions are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court.

**IT IS SO ORDERED**, this 9th day of May, 2024.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

*The parties' Consent Motion for Entry of First Amended Scheduling Order [80] is **granted in part and denied in part**.

This Order is submitted on May 7, 2024.

| | |
|---|---|
| GILBERT H. DEITCH | NAVEEN RAMACHANDRAPPA |
| Georgia Bar No. 216400 | Georgia Bar No. 422036 |
| ANDREW T. ROGERS | E. ALLEN PAGE |
| Georgia Bar No. 007010 | Georgia Bar No. 640163 |
| KARA E. PHILLIPS | BONDURANT MIXSON |
| Georgia Bar No. 379670 | & ELMORE LLP |
| W. MICHAEL D'ANTIGNAC | 1201 W. Peachtree Street NW |
| Georgia Bar No. 205714 | Suite 3900 |
| DEITCH & ROGERS, LLC | Atlanta, Georgia 30309 |
| 1189 S. Ponce de Leon Ave. NE | Tel: 404-881-4100 |
| Atlanta, Georgia 30306 | ramachandrappa@bmelaw.com |
| Tel: 770-394-9000 | page@bmelaw.com |
| gil@victimattorneys.com | |
| andy@victimattorneys.com | |
| kara@victimattorneys.com | |
| michael@victimattorneys.com | |
| | DENNIS T. CATHEY |
| | Georgia Bar No. 116600 |
| | MATTHEW A. CATHEY |
| | Georgia Bar No. 532981 |
| | CATHEY & STRAIN, LLC |
| | 649 Irvin Street |
| | Cornelia, Georgia 30531-3267 |
| | Tel: 706-408-8546 |
| | DCathey@catheyandstrain.com |
| | MCathey@catheyandstrain.com |

*Attorneys for Plaintiffs*

| | |
|---|---|
| **/s/Jon D. Stewart, Jr.** | **/s/ LeeAnn Jones** |
| WILLIAM BRENT NEY | BRYNDA RODRIGUEZ INSLEY |
| Georgia Bar No. 542519 | Georgia Bar No. 611435 |
| NEY RHEIN WILLIAMS, LLC | LEEANN JONES |
| 265 South Culver Street | Georgia Bar No. 402440 |
| Lawrenceville, Georgia 30046 | JENNIFER CLARK |
| Tel: 404-842-7232 | Ga. Bar No. 39185 |

william@neyrhein.com

JON D. STEWART, JR.
Georgia Bar No. 681555
SWIFT, CURRIE, MCGHEE & HIERS, LLP
1420 Peachtree Street NE
Suite 800
Atlanta, Georgia 30309
404-874-8800
jon.stewart@swiftcurrie.com

*Attorneys for Defendant Jeremy Green*

TAYLOR ENGLISH DUMA LLP
1600 Parkwood Cir, Ste 200
Atlanta, Georgia 30339
Tel: 770-434-6868
binsley@taylorenglish.com
ljones@taylorenglish.com
jclark@taylorenglish.com

Laurie Webb Daniel
Georgia Bar No. 204225
WEBB DANIEL FRIEDLANDER LLP
75 14th Street NE, Suite 2450
Atlanta, Georgia 30309
laurie.daniel@webbdaniel.law

*Attorneys for Defendant Young Men's Christian Association of Georgia's Piedmont, Inc.*

# CERTIFICATE OF SERVICE

I certify that, on May 7, 2024, I served this **[Proposed] First Amended Scheduling Order** by using the CM/ECF service, which automatically serve by electronic service the following counsel of record:

*Attorneys for Defendant*
*Jeremy Green*

William Brent Ney
NEY RHEIN WILLIAMS, LLC
265 South Culver St
Lawrenceville, GA 30046
Tel: 404-842-7232
william@neyrhein.com

Jon D. Stewart, Jr.
SWIFT, CURRIE, McGHEE & HIERS, LLP
1420 Peachtree Street NE
Suite 800
Atlanta, GA 30309
jon.stewart@swiftcurrie.com

*Attorneys for Defendant*
*Young Men's Christian Association of Georgia's Piedmont Inc.*

Brynda Rodriguez Insley
LeeAnn Jones
Jennifer Clark
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Cir, Ste 200
Atlanta, Georgia 30339
Tel: 770-434-6868
binsley@taylorenglish.com
ljones@taylorenglish.com
jclark@taylorenglish.com

{02782607-1 }

Laurie Webb Daniel
WEBB DANIEL FRIEDLANDER LLP
75 14th Street NE
Suite 2450
Atlanta, Georgia 30309
laurie.daniel@webbdaniel.law

**/s/ Kara E. Phillips**

{02782607-1 }