UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| WAYNE DOUGLAS COBB, as Co-Administrator of the Estate of Jennifer Autumn Cobb, deceased, and SUSAN MOON COBB, as Co-Administrator of the Estate of Jennifer Autumn Cobb,<br><br>Plaintiffs,<br><br>vs.<br><br>JEREMY "BOB" GREEN *and* YOUNG MEN'S CHRISTIAN ASSOCIATION OF GEORGIA'S PIEDMONT, INC.,<br><br>Defendants. | CIVIL ACTION FILE NO. 2:23-CV-130-SCJ |

## SECOND AMENDED NOTICE OF TAKING VIDEOTAPED DEPOSITION OF PLAINTIFF SUSAN COBB

**TO:  Plaintiff Susan Cobb**
c/o Kara E. Phillips
Deitch & Rogers, LLC
1189 S. Ponce de Leon Ave. NE
Atlanta, Georgia 30306
kara@victimattorneys.com

YOU ARE HEREBY NOTIFIED that on **Monday, June 17, 2024**, beginning at **10:00 a.m. EST**, the Defendant will proceed to take the videotaped deposition of **PLAINTIFF SUSAN COBB** for purposes of discovery and cross-examination pursuant to the provisions of Rule 30 of the Federal Rules of Civil

{02784732-1 }

Procedure. The deposition will be taken at the office of **Deitch & Rogers, 1189 S. Ponce de Leon Ave., NE, Atlanta, GA 30306** before a court reporter provided by the Defendant.

The examination will continue from day to day until completed and may be recorded through videographic and stenographic means. The deponent is hereby requested and instructed to produce at the deposition the documents set out in Exhibit "A" attached hereto.

YOU ARE INVITED TO ATTEND.

This 10th day of May, 2024.

                Respectfully submitted,

                */s/ LeeAnn Jones*
                BRYNDA RODRIGUEZ INSLEY
                Georgia Bar No. 611435
                LEEANN JONES
                Georgia Bar No. 402440
                JENNIFER L. CLARK
                Georgia Bar No. 391855

                *Attorneys for Defendant*
                *Young Men's Christian Association of*
                *Georgia's Piedmont, Inc.*

TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle
Suite 200
Atlanta, Georgia 30339
770-434-6868- Telephone
770-434-7376- Facsimile
binsley@taylorenglish.com
ljones@taylorenglish.com
jclark@taylorenglish.com

{02784732-1 }

# EXHIBIT "A"

1. All documents, notes, diaries, letters, reports, statements, recordings, photographs, electronic communications, or other tangible things documenting, recording, reflecting or otherwise pertaining in any way to the allegations in Plaintiff's Complaint.

2. All documents, notes, diaries, letters, reports, statements, recordings, photographs, electronic communications, or other tangible things documenting, recording, reflecting or otherwise referring to Jennifer Cobb's alleged injuries, damages, medical specials, loss wage specials or liens.

3. All documents, notes, diaries, letters, reports, statements, recordings, photographs, electronic communications, or other tangible things documenting, recording, reflecting or otherwise pertaining in any way to the subject incident(s), or any pre- or post- incident information that pertains in any way to the subject incident(s).

4. All documents, notes, diaries, letters, reports, statements, recordings, photographs, electronic communications, or other tangible things documenting, recording, reflecting or otherwise referring to any communications (either verbal or in writing) between Plaintiffs, Jennifer Cobb, and/or Austin Cobb, and the Defendants or any agent or representative of the Defendants .

5. All documents or other materials responsive to Defendant's First Interrogatories and Requests for Production of Documents to Plaintiff.

6. A complete and accurate copy of any and all documents, materials or tangible thing which you have reviewed to refresh your recollection of the events pertinent to this case for your expected testimony.

7. All updated medical records regarding any physical or mental health evaluation, diagnosis, treatment, or care received by Jennifer Cobb related to the allegations in Plaintiff's Complaint.

8. All photographs, video or audio recordings, social media posts, emails, text messages, or communications of any kind related to the circumstances of this case, alleged injuries sustained by Jennifer Cobb, or the conduct of the

{02784732-1 }

Plaintiffs, Jennifer Cobb, or Defendants in connection with the facts forming the basis of this lawsuit.

**IF ANY DOCUMENTS ARE WITHHELD IN RESPONSE TO THIS NOTICE OR IT IS OTHERWISE NOT FULLY COMPLIED WITH, IDENTIFY SAID DOCUMENTS BEING WITHHELD OR OTHERWISE NOT BEING PRODUCED, BY FORM (BOOK, LETTER, ETC.), DATE, AUTHOR, PERSON(S) TO WHOM COPIES HAVE BEEN TRANSMITTED, AND PROVIDE A GENERAL DESCRIPTION OF THE CONTENT OF THE DOCUMENT TO ASSIST THE COURT IN THE EVENT OF A MOTION TO COMPEL.**

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of SECOND AMENDED NOTICE OF TAKING VIDEOTAPED DEPOSITION OF PLAINTIFF SUSAN COBB upon all parties to this matter by PACER and by email to the counsel of record as follows:

| **Attorneys for Plaintiff:**<br>Gilbert H. Deitch<br>Andrew T. Rogers<br>Kara E. Phillips<br>W. Michael D'Antignac<br>Deitch & Rogers, LLC<br>1189 S. Ponce de Leon Ave. NE<br>Atlanta, Georgia 30306<br>gil@victimattorneys.com<br>andy@victimattorneys.com<br>kara@victimattorneys.com<br>michael@victimattorneys.com | **Attorneys for Plaintiff:**<br>Naveen Ramachandrappa<br>E. Allen Page<br>Bondurant Mixson & Elmore LLP<br>1201 W. Peachtree Street NW<br>Suite 3900<br>Atlanta, Georgia 30309<br>ramachandrappa@bmelaw.com<br>page@bmelaw.com |
|---|---|
| **Attorneys for Plaintiff:**<br>Dennis T. Cathey<br>Matthew A. Cathey<br>Cathey & Strain, LLC<br>649 Irvin Street<br>Cornelia, Georgia 30531-3267<br>DCathey@catheyandstrain.com<br>MCathey@catheyandstrain.com | **Attorneys for Co-Defendant Jeremy Bob Green:**<br>William Brent Ney<br>Georgia Bar No. 542519<br>Ney Rhein Williams, LLC<br>265 South Culver Street<br>Lawrenceville, GA 30046<br>william@neyrhein.com |
| **Co-Counsel for Defendant Young Men's Christian Association of Georgia's Piedmont, Inc.:**<br>Laurie Webb Daniel<br>Webb Daniel Friedlander LLP<br>75 14th Street NE, Suite 2450<br>Atlanta, Georgia 30309 | **Co-Counsel for Co-Defendant Jeremy Bob Green:**<br>Jon D. Stewart, Jr.<br>Georgia Bar No. 681555<br>SWIFT, CURRIE, McGHEE & HIERS, LLP 1420 Peachtree Street, N.E.<br>Suite 800 |

{02784732-1 }

| laurie.daniel@webbdaniel.law | Atlanta, Georgia 30309-3238<br>jon.stewart@swiftcurrie.com |
|---|---|

This 10th day of May, 2024.

                                                        Respectfully submitted,

*/s/ LeeAnn Jones*
BRYNDA RODRIGUEZ INSLEY
Georgia Bar No. 611435
LEEANN JONES
Georgia Bar No. 402440
JENNIFER L. CLARK
Georgia Bar No. 391855

*Attorneys for Defendant*
*Young Men's Christian Association of*
*Georgia's Piedmont, Inc.*

TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle
Suite 200
Atlanta, Georgia 30339
770-434-6868- Telephone
770-434-7376- Facsimile
binsley@taylorenglish.com
ljones@taylorenglish.com
jclark@taylorenglish.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), the undersigned counsel hereby certifies that the foregoing pleading was prepared in Times New Roman 14-point font, in compliance with Local Rule 5.1(C).

This 8th day of March, 2024.

                                                  Respectfully submitted,

                                                  */s/ LeeAnn Jones*
                                                  BRYNDA RODRIGUEZ INSLEY
                                                  Georgia Bar No. 611435
                                                  LEEANN JONES
                                                  Georgia Bar No. 402440
                                                  JENNIFER L. CLARK
                                                  Georgia Bar No. 391855

                                                  *Attorneys for Defendant*
                                                  *Young Men's Christian Association of*
                                                  *Georgia's Piedmont, Inc.*

TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle
Suite 200
Atlanta, Georgia 30339
770-434-6868- Telephone
770-434-7376- Facsimile
binsley@taylorenglish.com
ljones@taylorenglish.com
jclark@taylorenglish.com

{02784732-1 }