# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| WAYNE DOUGLAS COBB, as Co-Administrator of the Estate of Jennifer Autumn Cobb, deceased, and SUSAN MOON COBB, as Co-Administrator of the Estate of Jennifer Autumn Cobb,<br><br>Plaintiffs,<br><br>vs.<br><br>JEREMY "BOB" GREEN *and* YOUNG MEN'S CHRISTIAN ASSOCIATION OF GEORGIA'S PIEDMONT, INC.,<br><br>Defendants. | CIVIL ACTION FILE NO. 2:23-CV-130-SCJ |

## NOTICE OF INTENT TO SERVE SUBPOENA TO TESTIFY AT A DEPOSITION AND TO PRODUCE DOCUMENTS IN A CIVIL ACTION

YOU ARE HEREBY NOTIFIED that that, pursuant to Fed. R. Civ. P. 30 & 45, Defendant YOUNG MEN'S CHRISTIAN ASSOCIATION OF GEORGIA'S PIEDMONT, INC in the above-captioned matter intends to serve a subpoena to testify at a deposition and to produce documents to the following nonparty individual or entity:

*1. Wellsprings Psychological Resources, Beverly Oxley, Ph.D.*

{02790639-1 }

Copies of the issued subpoena and related accompanying documents to be served therewith upon the above non-party individual or entity has also been served this day upon the above-named counsel of record via email.

This Defendant further certifies that the instant filing was prepared in Times New Roman 14pt and otherwise complies with Local Rule 5.1.

This 17th day of May, 2024.

                                              Respectfully submitted,

                                              */s/ LeeAnn Jones*
                                              BRYNDA RODRIGUEZ INSLEY
                                              Georgia Bar No. 611435
                                              LEEANN JONES
                                              Georgia Bar No. 402440
                                              JENNIFER L. CLARK
                                              Georgia Bar No. 391855

                                              *Attorneys for Defendant*
                                              *Young Men's Christian Association of*
                                              *Georgia's Piedmont, Inc.*

TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle
Suite 200
Atlanta, Georgia 30339
770-434-6868- Telephone
770-434-7376- Facsimile
binsley@taylorenglish.com
ljones@taylorenglish.com
jclark@taylorenglish.com

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of NOTICE OF INTENT TO SERVE SUBPOENA TO TESTIY AT A DEPOSITION AND TO PRODUCE DOCUMENTS IN A CIVIL ACTION upon all parties to this matter by CMECF and by email to the counsel of record as follows:

| **Attorneys for Plaintiff:**<br>Gilbert H. Deitch<br>Andrew T. Rogers<br>Kara E. Phillips<br>W. Michael D'Antignac<br>Deitch & Rogers, LLC<br>1189 S. Ponce de Leon Ave. NE<br>Atlanta, Georgia 30306<br>gil@victimattorneys.com<br>andy@victimattorneys.com<br>kara@victimattorneys.com<br>michael@victimattorneys.com | **Attorneys for Plaintiff:**<br>Naveen Ramachandrappa<br>E. Allen Page<br>Bondurant Mixson & Elmore LLP<br>1201 W. Peachtree Street NW<br>Suite 3900<br>Atlanta, Georgia 30309<br>ramachandrappa@bmelaw.com<br>page@bmelaw.com |
|---|---|
| **Attorneys for Plaintiff:**<br>Dennis T. Cathey<br>Matthew A. Cathey<br>Cathey & Strain, LLC<br>649 Irvin Street<br>Cornelia, Georgia 30531-3267<br>DCathey@catheyandstrain.com<br>MCathey@catheyandstrain.com | **Attorneys for Co-Defendant Jeremy Bob Green:**<br>William Brent Ney<br>Georgia Bar No. 542519<br>Ney Rhein Williams, LLC<br>265 South Culver Street<br>Lawrenceville, GA 30046<br>william@neyrhein.com |
| **Co-Counsel for Defendant Young Men's Christian Association of Georgia's Piedmont, Inc.:**<br>Laurie Webb Daniel<br>Webb Daniel Friedlander LLP<br>75 14th Street NE, Suite 2450<br>Atlanta, Georgia 30309 | **Co-Counsel for Co-Defendant Jeremy Bob Green:**<br>Jon D. Stewart, Jr.<br>Georgia Bar No. 681555<br>SWIFT, CURRIE, McGHEE & HIERS, LLP 1420 Peachtree Street, N.E.<br>Suite 800 |

{02790639-1 }

| | |
|---|---|
| laurie.daniel@webbdaniel.law | Atlanta, Georgia 30309-3238<br>jon.stewart@swiftcurrie.com |

This 17th day of May, 2024.

        Respectfully submitted,

        */s/ LeeAnn Jones*
        BRYNDA RODRIGUEZ INSLEY
        Georgia Bar No. 611435
        LEEANN JONES
        Georgia Bar No. 402440
        JENNIFER L. CLARK
        Georgia Bar No. 391855

        *Attorneys for Defendant*
        *Young Men's Christian Association of*
        *Georgia's Piedmont, Inc.*

TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle
Suite 200
Atlanta, Georgia 30339
770-434-6868- Telephone
770-434-7376- Facsimile
binsley@taylorenglish.com
ljones@taylorenglish.com
jclark@taylorenglish.com