UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| WAYNE DOUGLAS COBB, as Co-Administrator of the Estate of Jennifer Autumn Cobb, deceased, and SUSAN MOON COBB, as Co-Administrator of the Estate of Jennifer Autumn Cobb,<br><br>Plaintiffs,<br><br>v.<br><br>JEREMY GREEN, a/k/a Bob Green, and YOUNG MEN'S CHRISTIAN ASSOCIATION OF GEORGIA'S PIEDMONT, INC.,<br><br>Defendants. | CIVIL ACTION FILE<br>2:23-CV-130-SCJ<br><br>JURY TRIAL DEMANDED |

## RULE 5.4 CERTIFICATE OF SERVICE

Plaintiffs by and through its undersigned counsel, hereby certify that on June 3, 2024, true and correct copies of the following were served on Counsel for Defendant Young Men's Christian Association of Georgia's Piedmont, Inc. via email:

1. Plaintiffs' Subpoena for the Production of Evidence Pursuant to Federal Rule of Civil Procedure 45 to Georgia Bureau of Investigation.

Respectfully submitted this 3rd day of June, 2024.

By: **/s/ Kara E. Phillips**

| | |
|---|---|
| GILBERT H. DEITCH<br>Georgia Bar No. 216400<br>ANDREW T. ROGERS<br>Georgia Bar No. 007010<br>KARA E. PHILLIPS<br>Georgia Bar No. 379670<br>W. MICHAEL D'ANTIGNAC<br>Georgia Bar No. 205714<br>DEITCH & ROGERS, LLC<br>1189 S. Ponce de Leon Ave. NE<br>Atlanta, Georgia 30306<br>Tel: 770-394-9000<br>gil@victimattorneys.com<br>andy@victimattorneys.com<br>kara@victimattorneys.com<br>michael@victimattorneys.com | NAVEEN RAMACHANDRAPPA<br>Georgia Bar No. 422036<br>E. ALLEN PAGE<br>Georgia Bar No. 640163<br>BONDURANT MIXSON<br>& ELMORE LLP<br>1201 W. Peachtree Street NW<br>Suite 3900<br>Atlanta, Georgia 30309<br>Tel: 404-881-4100<br>ramachandrappa@bmelaw.com<br>page@bmelaw.com<br><br>DENNIS T. CATHEY<br>Georgia Bar No. 116600<br>MATTHEW A. CATHEY<br>Georgia Bar No. 532981<br>CATHEY & STRAIN, LLC<br>649 Irvin Street<br>Cornelia, Georgia 30531-3267<br>Tel: 706-408-8546<br>DCathey@catheyandstrain.com<br>MCathey@catheyandstrain.com |

*Attorneys for Plaintiffs*