UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| WAYNE DOUGLAS COBB, as Co-Administrator of the Estate of Jennifer Autumn Cobb, deceased, and SUSAN MOON COBB, as Co-Administrator of the Estate of Jennifer Autumn Cobb,<br><br>  Plaintiffs,<br>v.<br><br>JEREMY GREEN, a/k/a Bob Green, and YOUNG MEN'S CHRISTIAN ASSOCIATION OF GEORGIA'S PIEDMONT, INC.,<br><br>  Defendants. | CIVIL ACTION FILE<br>2:23-CV-130-SCJ<br><br>JURY TRIAL DEMANDED |

**AMENDED RULE 5.4 CERTIFICATE OF SERVICE**

Plaintiffs by and through its undersigned counsel, hereby certify that on June 5, 2024, true and correct copies of the following were served on Counsel for Defendant Young Men's Christian Association of Georgia's Piedmont, Inc. via email:

1. Plaintiffs' Subpoena for the Production of Evidence Pursuant to Federal Rule of Civil Procedure 45 to Georgia Bureau of Investigation.

Respectfully submitted this 5th day of June, 2024.

By: **/s/ Kara E. Phillips**

GILBERT H. DEITCH
Georgia Bar No. 216400
ANDREW T. ROGERS
Georgia Bar No. 007010
KARA E. PHILLIPS
Georgia Bar No. 379670
W. MICHAEL D'ANTIGNAC
Georgia Bar No. 205714
DEITCH & ROGERS, LLC
1189 S. Ponce de Leon Ave. NE
Atlanta, Georgia 30306
Tel: 770-394-9000
gil@victimattorneys.com
andy@victimattorneys.com
kara@victimattorneys.com
michael@victimattorneys.com

NAVEEN RAMACHANDRAPPA
Georgia Bar No. 422036
E. ALLEN PAGE
Georgia Bar No. 640163
BONDURANT MIXSON
& ELMORE LLP
1201 W. Peachtree Street NW
Suite 3900
Atlanta, Georgia 30309
Tel: 404-881-4100
ramachandrappa@bmelaw.com
page@bmelaw.com

DENNIS T. CATHEY
Georgia Bar No. 116600
MATTHEW A. CATHEY
Georgia Bar No. 532981
CATHEY & STRAIN, LLC
649 Irvin Street
Cornelia, Georgia 30531-3267
Tel: 706-408-8546
DCathey@catheyandstrain.com
MCathey@catheyandstrain.com

*Attorneys for Plaintiffs*