UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| WAYNE DOUGLAS COBB, as Co-Administrator of the Estate of Jennifer Autumn Cobb, deceased, and SUSAN MOON COBB, as Co-Administrator of the Estate of Jennifer Autumn Cobb, <br><br> Plaintiffs, <br><br> v. <br><br> JEREMY "BOB" GREEN and YOUNG MEN'S CHRISTIAN ASSOCIATION OF GEORGIA'S PIEDMONT, INC., <br><br> Defendants. | CIVIL ACTION FILE <br> 2:23-CV-130-SCJ |

## SECOND AMENDED SCHEDULING ORDER

The following Second Amended Scheduling order shall govern this case:

The discovery period ends, and discovery must be completed by **October 24, 2024.**

The time for holding any LR 16.3, NDGa., post-discovery settlement conference and/or private mediation is extended to **November 7, 2024**.

If the LR 16.3, NDGa., post-discovery settlement conference and/or a private

{02782607-1 }

mediation does not resolve the case, then any motions for summary judgment and motions to exclude experts upon which any motion for summary judgment relies must be filed by **December 6, 2024**.

If no summary judgment motion is filed on **December 6, 2024**, then the parties shall submit a proposed consolidated pre-trial order no later than **January 10, 2025**. Otherwise, the proposed consolidated pretrial order must be filed within **30 days** after the Court's ruling on any pending motions for summary judgment.

The time limits for adding parties, amending the pleadings, and filing other motions are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court.

**IT IS SO ORDERED**, this  11th  day of July, 2024.

_/s/ Steve C. Jones_
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

Page 2