# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| WAYNE DOUGLAS COBB, as Co-Administrator of the Estate of Jennifer Autumn Cobb, deceased, and SUSAN MOON COBB, as Co-Administrator of the Estate of Jennifer Autumn Cobb, <br><br>  Plaintiffs, <br><br> v. <br><br> JEREMY "BOB" GREEN *and* YOUNG MEN'S CHRISTIAN ASSOCIATION OF GEORGIA'S PIEDMONT, INC., <br><br>  Defendants. | CIVIL ACTION FILE NO.: 2:23-CV-130-SCJ |

## CONSENT ORDER GRANTING MOTION TO CONTINUE STAY

For good cause shown and with the consent of Plaintiffs, the Court ORDERS that Defendant Jeremy "Bob" Green's Report Regarding Status of Criminal Matter and Motion to Continue Stay [Doc. 94] is GRANTED as follows:

The deposition of Defendant Green and other discovery directed to Defendant Green that may implicate his fifth amendment rights, such as interrogatories and requests for admissions, are hereby stayed for one hundred and twenty (120) days from the date of this order. At least thirty (30) days before the expiration of this

continued stay, the parties shall request a conference with the Court to update the Court as to the status of the criminal case and request whether the Court shall lift the stay or further extend the limited stay. All other discovery as to parties other than Defendant Green shall continue without interruption, and Defendant Green may participate in the taking of such discovery.

      SO ORDERED this <u>17th</u> day of <u>   July   </u>, 2024.

                                                                _____
                                            HONORABLE STEVE C. JONES
                                            Judge, United States District Court
                                            Northern District of Georgia
                                            Gainesville Division

Prepared and consented to by:

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

*/s/ Jon D. Stewart, Jr.*
_____
Jon D. Stewart, Jr.
Georgia Bar No. 681555

*Attorney for Defendant Jeremy "Bob" Green*