IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

WAYNE DOUGLAS COBB, as
CoAdministrator of the Estate of
Jennifer Autumn Cobb, deceased, and
SUSAN MOON COBB, as Co-
Administrator of the Estate of Jennifer
Autumn Cobb,

    Plaintiffs,

v.

JEREMY GREEN, a/k/a Bob Green, and
YOUNG MEN'S CHRISTIAN
ASSOCIATION OF GEORGIA'S
PIEDMONT, INC.,

    Defendants.

CIVIL ACTION FILE NO.

2:23-cv-00130-SCJ

## ORDER

The Court will hold a hearing and status conference on the Joint Motion

for Entry of Third Amended Scheduling Order (Doc. No. [124]) and Defendant

Jeremy Green's Motion to Continue Stay (Doc. No. [125]) on the __30th__

day of __January__, 2025 at __10:00 A.__.M. (Courtroom 303, Sidney O.

Smith Federal Building & United States Courthouse, 121 Spring Street Se,

Gainesville, Georgia.).[1]

IT IS SO ORDERED this ___12th___ day of December, 2024.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

---

[1] As this Court has received notice of settlement as to Young Men's Christian Association of Georgia's Piedmont, Inc. (Doc. No. [130]), said Party is excused from attending the hearing.